FILED __ ENTERED
____ LODGED __ RECEIVED

JUN 08 2001

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

KING COUNTY, a political subdivision of the State of Washington,

    Plaintiff,

vs.

JOHN RASMUSSEN and NANCY RASMUSSEN, husband and wife, and their marital community,

    Defendants.

**JUDGMENT**

Cause Number C00-1637R

---

This matter having come before the court and the issues having been decided,

IT IS NOW, THEREFORE, ORDERED that plaintiff's motion for summary judgment is GRANTED, that title is QUIETED in the County's favor; the court DECLARES that the County has the right to quiet enjoyment of its property without interference by the defendants, and the court GRANTS plaintiff's motion to dismiss all counterclaims.

Dated this 7TH day of June 2001 at   Seattle, Washington.

BRUCE RIFKIN
Clerk of Court
By
*Elizabeth Tyree*
Elizabeth Tyree
Deputy Clerk



39